**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-01687-REB-MEH

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Plaintiff,

v.

BARBARA FISHER,
LORRIE VASQUEZ, Mother and next friend of Jeremy Vasquez (a/k/a Jeremy Vialpondo),
JEREMY VASQUEZ, (a/k/a Jeremy Vialpondo),
STACY MOORE, Mother and next friend of Caleb Moore, and
CALEB MOORE, individually,

    Defendant.

## MINUTE ORDER[1]

    The matter comes before the court on **Defendant Barbara Fisher's Motion For Partial Summary Judgment** [#27], and the **Memorandum Brief in Support of Defendant Barbara Fisher's Motion for Partial Summary Judgment** [#28] both filed December 1, 2008.  The motion and brief are **STRICKEN** for failure to comply with REB Civ. Practice Standards II.G.E.1, and V.B.1.

    Dated:  December 2, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.