IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01687-REB-MEH

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

     Plaintiff,

v.

BARBARA FISHER,
LORRIE VASQUEZ, Mother and next friend of Jeremy Vasquez (a/k/a Jeremy Vialpondo),
JEREMY VASQUEZ (a/k/a Jeremy Vialpondo),
STACY MOORE, Mother and next friend of Caleb Moore, and
CALEB MOORE, individually,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 18, 2009.**

     Plaintiff's Motion for Extension of Time to File Responses to Vialpondo/Moore Defendants Motions to Compel and to Reschedule February 25, 2009 Hearing Regarding Defendants Motions to Compel [filed February 18, 2009; docket #53] is **granted in part** and **denied in part**. The briefing schedule regarding Defendant Lorrie Vasquez' Second and Third Motions to Compel [filed February 9, 2009; dockets #40, 42] is set as follows:

          Plaintiff's Responses due on or before **March 2, 2009**; and
          Defendants' Replies due **fifteen days** from the date Plaintiff's Responses are filed.

     The hearing set in this matter for February 25, 2009, at 9:30 a.m. is hereby **vacated** until further order from the Court.

     Plaintiff's Motion for Extension of Time to File Responses to Vialpondo/Moore Defendants Motions to Compel and to Reschedule February 25, 2009 Hearing Regarding Defendants Motions to Compel [filed February 18, 2009; docket #51] is **denied as moot**.

     Defendant Lorrie Vasquez' Motion to Compel [filed January 23, 2009; docket #36] is **denied as moot**, in light of the representations made to the Court in Plaintiff's Motion for Extension of Time [docket #53 at 2] that the requested document has been provided unredacted to Plaintiff.