IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01687-REB-MEH

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

     Plaintiff,

v.

BARBARA FISHER,
LORRIE VASQUEZ, Mother and next friend of Jeremy Vasquez (a/k/a Jeremy Vialpondo),
JEREMY VASQUEZ (a/k/a Jeremy Vialpondo),
STACY MOORE, Mother and next friend of Caleb Moore, and
CALEB MOORE, individually,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 23, 2009.**

Pending before the Court is Plaintiff's Motion to Bifurcate Discovery [filed November 14, 2008; docket #21]. Defendants responded on November 25, 2008, and Plaintiff did not reply. At the Scheduling Conference held on November 19, 2008, the Court discussed the general policy in this District disfavoring stays of discovery, and that given the pressing schedule set for the case, a stay would be unlikely. As the parties have engaged in discovery, and as evidenced in their recent unopposed request for extension of the discovery cut-off date, continue to engage in discovery, the Court orders Plaintiff's Motion to Bifurcate Discovery [filed November 14, 2008; docket #21] is **denied as moot**.