**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  08-cv-01687-REB-MEH

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

     Plaintiff,

v.

BARBARA FISHER,
LORRIE VASQUEZ, Mother and next friend of Jeremy Vasquez (a/k/a Jeremy Vialpondo),
JEREMY VASQUEZ, (a/k/a Jeremy Vialpondo),
STACY MOORE, Mother and next friend of Caleb Moore, and
CALEB MOORE, individually,

     Defendant.

**MINUTE ORDER**[1]

     The matter comes before the court on **Plaintiff's Motion for Leave to Exceed Twenty Page Limit on Motions For Summary Judgment** [#111] filed May 15, 2009. The motion is **DENIED**.

     **IT IS FURTHER ORDERED** as follows:

     1.  That **Plaintiff State Farm's Fed.R.Civ.P. 56(h) Motion for Partial Summary Judgment re: Contract Claims** [#108] filed May 15, 2009, is **STRICKEN**;

     2.  That plaintiff's **Motion for Summary Judgment re: Stacking of Benefits** [#109] filed May 15, 2009, is **STRICKEN**;

     3.  That plaintiff's **Motion for Partial Summary Judgment re: Defendant's Extra Contractual Counterclaims** [#110] filed May 15, 2009, is **STRICKEN**; and

     4.  That plaintiff shall file single motion for summary judgment not to exceed **twenty-five (25)** pages, by the 5:00 p.m. on Wednesday, **May 20, 2009**.

     Dated:  May 18, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.