IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01687-REB-MEH

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

     Plaintiff,

v.

BARBARA FISHER,
LORRIE VASQUEZ, Mother and next friend of Jeremy Vasquez (a/k/a Jeremy Vialpondo),
JEREMY VASQUEZ (a/k/a Jeremy Vialpondo),
STACY MOORE, Mother and next friend of Caleb Moore, and
CALEB MOORE, individually,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 25, 2009.**

     Based on the parties' representations to the Court that they have agreed on a stipulation of damages, Plaintiff's Motion to Take Trial Preservation Deposition [filed June 22, 2009; docket #137] is **denied as moot**. The Telephonic Motion Hearing set for Friday, June 26, 2009, at 9:30 a.m. is hereby **vacated**.