IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01687-REB-MEH

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Plaintiff,

v.

BARBARA FISHER,
LORRIE VASQUEZ, Mother and next friend of Jeremy Vasquez (a/k/a Jeremy Vialpondo),
JEREMY VASQUEZ (a/k/a Jeremy Vialpondo),
STACY MOORE, Mother and next friend of Caleb Moore, and
CALEB MOORE, individually,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 25, 2009.**

    The Vialpando/Moore Defendants' Motion to Enforce Order re Ellsworth Data [filed August 13, 2009; docket #166] is **denied as moot**. Plaintiff represents to the Court that the requested discovery was provided to the Vialpando/Moore Defendants on August 14, 2009. (Docket #171 at 1.) The Court declines to impose sanctions against Plaintiff as requested, because Plaintiff offered its apologies for the delay to the Court and to the Vialpando/Moore Defendants in its response, and the Vialpando/Moore Defendants did not submit a reply in support of the Motion to Enforce indicating any further interest in prosecuting the matter.