**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  08-cv-01687-REB-MEH

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Plaintiff,

v.

BARBARA FISHER,
LORRIE VASQUEZ, Mother and next friend of Jeremy Vasquez (a/k/a Jeremy Vialpondo),
JEREMY VASQUEZ, (a/k/a Jeremy Vialpondo),
STACY MOORE, Mother and next friend of Caleb Moore, and
CALEB MOORE, individually,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulation For Dismissal With Prejudice** [#179] filed September 3, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation For Dismissal With Prejudice** [#179] filed September 3, 2009, is **APPROVED**;

    2.  That the jury trial set to commence September 14, 2009, is **VACATED**;

    3.  That any pending motion is **DENIED** as moot; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 3, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge