**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker　　　　　　September 15, 2010　　　　　　Douglas E. Cressler
Clerk of Court　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Deputy Clerk

Mr. Gregory Langham
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**　　**09-1415, State Farm Mutual v. Fisher, et al**
　　　　　　Dist/Ag docket: 1:08-CV-01687-REB-MEH

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　Elisabeth A. Shumaker
　　　　　　　　　　　　　　　　　　　　Clerk of the Court


cc:　　Scot Christopher Kreider
　　　　Patric J. LeHouillier
　　　　Marc Robert Levy
　　　　Steven T. Nolan
　　　　Joseph R. Winston

EAS/sds